# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No: 5:24-cv-717-LCB |
| | ) |
| **ALMON BROTHERS** | ) |
| **PROPERTIES, LLC, and** | ) |
| **MOULTON EAST, LLC,** | ) |
| | ) |
| **Defendants.** | |

## MEMORANDUM

The parties have filed a Joint Stipulation of Dismissal (Doc. 17). Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply here.

A joint stipulation of dismissal is "self-executing" upon proper filing. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017). Because the parties have filed a joint stipulation of dismissal signed by all remaining parties, the case was dismissed immediately upon filing of the stipulation. Per the joint stipulation, Fendley's claims against the Defendants are dismissed **WITH PREJUDICE**. (Doc. 12). Costs are taxed as paid.

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** December 18, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE